UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONUTNV FRANCHISING, INC.,

    Plaintiff,

v.                                                                                          Case No: 5:26-cv-380-JSS-PRL

THOMPSON DONUTS INC., et al.,

    Defendants.

_____/

## ORDER

Pursuant to Local Rule 1.07(a)(2)(A), this case is **TRANSFERRED** to United States District Judge Jordan Pratt with his consent. *See United States v. Stone*, 411 F.2d 597, 599 (5th Cir. 1969) ("District [j]udges have the inherent power to transfer cases from one to another for the expeditious administration of justice.").

**ORDERED** in Orlando, Florida, on June 22, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record